[No. 10480-0-III.  Division Three.  April 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD ARTHUR LANGE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-01746-1, Michael W. Leavitt, J., entered December 11, 1989. *Remanded* by unpublished

opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.